UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RUBEN ONESIMO SENA, | ) | No. CV 08-08545-PSG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JOHN MARSHALL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Amended Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: March 18, 2011

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE